Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **STEVEN LEE JORDAN,** | Civil No. 2:11-06104-RE |
| Plaintiff, | |
| vs. | **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Motion for Attorney Fees herein, Order is hereby granted that Commissioner shall pay for full settlement of all claims for fees under EAJA the sum of $4487.66 and expenses of $18.96 (Service expense), for a total of $4506.62. Court filing-fees shall be awarded to Plaintiff attorney in the sum of $350.00 pursuant to 28 U.S.C. §1920.

Upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff*, ___ U.S. ___, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

has outstanding federal debts"), payment of $4506.62 plus $350.00 costs shall be made to Plaintiff's attorney and mailed to his office at 1700 Valley River Drive, Eugene, OR 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this day of June __18__, 2012.

_____
U.S. District Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
      Drew L. Johnson, OSB #75200
      Of Attorneys for Plaintiff

2 -- ORDER FOR ATTORNEY FEES PURSUANT TO EAJA